**UNITED STATES BANKRUPTCY COURT**
**WESTERN DIVISION OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>JESSE RAMOS<br><br>**Debtor** | CASE NO: BKS-10-54423 G<br><br>CHAPTER 13 |

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT**

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on November 12, 2010. The Court Confirmed Debtor's plan on February 14, 2011.

2. GUADALUPE VALLEY MEDICAL CENTER, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $132.94, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| GUADALUPE VALLEY MEDICAL CENTER<br>1375 E WALNUT STE 400<br>SEGUIN, TX 78155 | $132.94 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: CHAPTER 13

**JESSE RAMOS**

DEBTOR(S)     CASE NO.: **10-54423 G**

**CERTIFICATE OF SERVICE**
-----------------------------------

I hereby certify that a true and correct copy of the attached document was served **February 11, 2016** by First Class Mail, upon the following:

Debtor(s):
JESSE RAMOS
1003 E IRELAND STREET
SEGUIN, TX 78155

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

GUADALUPE VALLEY MEDICAL
CENTER
1375 E WALNUT STE 400
SEGUIN, TX 78155

Attorney For Debtor(s)
RICK FLUME
C/O FLUME & ASSOCIATES
900 NE LOOP 410 STE E105
SAN ANTONIO, TX 78209

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee